IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IMAGINAL SYSTEMATIC, LLC,<br><br>Plaintiff.<br><br>v.<br><br>LEGGETT & PLATT, INC., et al.,<br><br>Defendants. | Case No. 2:10-cv-07416-RGK-SS<br><br>[PROPOSED] ORDER STAYING THE CASE<br><br>Date: March 14, 2011<br>Time: 9:00 a.m.<br>Room: 850<br>Judge: Hon. R. Gary Klausner<br>Action Filed: October 4, 2010 |

1    Pending before the Court is Leggett & Platt, Inc.'s and Simmons Bedding
2    Company's Motion to Stay Pending Reexamination of the Patents-In-Suit. The
3    Court has considered the Motion and has decided to GRANT the Motion.
4    IT IS HEREBY ORDERED that this case is stayed until final resolution of
5    the inter partes reexaminations of U.S. Patents No. 6,935,546, No. 7,222,402, and
6    No. 7,467,454.

7

8    Dated: 04·07·11

DENY

_____
Hon. R. Gary Klausner