UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION



| | |
|---|---|
| IMAGINAL SYSTEMATIC, LLC,<br><br>    Plaintiff,<br>v.<br>LEGGETT & PLATT, INC.;<br>SIMMONS BEDDING COMPANY,<br><br>    Defendants. | Case No. CV10-07416 RGK (SSx)<br><br>The Honorable R. Gary Klausner<br><br>**VERDICT FORM**<br><br>**[REDACTED FOR PUBLIC VIEW]** |
| LEGGETT & PLATT, INC.,<br><br>    Counterclaimant,<br>v.<br>IMAGINAL SYSTEMATIC, LLC,<br><br>    Counterclaim-Defendant, | |

1\. What is the total amount adequate to compensate Imaginal for the use made of the patented invention by the defendants up to the date of your verdict?

$ 5,000,000.00

2\. How much of the amount above (from question 1) should be apportioned to Simmons Bedding Company's infringement?

$ 3,000,000.00

Dated this 24th day of January, 2012 at Los Angeles, California.

**[REDACTED FOR PUBLIC VIEW]**
_____
Foreperson of the Jury