UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT
JAN 2 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| IMAGINAL SYSTEMATIC, LLC, <br><br>      Plaintiff, <br>   v. <br> LEGGETT & PLATT, INC.; SIMMONS BEDDING COMPANY, <br><br>      Defendants. | Case No. CV10-07416 RGK (SSx) <br><br> The Honorable R. Gary Klausner <br><br> **VERDICT FORM** <br><br> **[REDACTED FOR PUBLIC VIEW]** |
| LEGGETT & PLATT, INC., <br><br>      Counterclaimant, <br>   v. <br> IMAGINAL SYSTEMATIC, LLC, <br><br>      Counterclaim-Defendant, | |

1. What is the total amount adequate to compensate Imaginal for the use made of the patented invention by the defendants up to the date of your verdict?

$ 5,000,000.00

2. How much of the amount above (from question 1) should be apportioned to Simmons Bedding Company's infringement?

$ 3,000,000.00

Dated this 24th day of January, 2012 at Los Angeles, California.

**[REDACTED FOR PUBLIC VIEW]**
Foreperson of the Jury