JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IMAGINAL SYSTEMATIC, LLC, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 10-07416 RGK (SSx) |
| v. | |
| LEGGETT & PLATT, INC., et al., | **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |
| DEFENDANT(S). | |

    This action came on for jury trial, the Honorable R. Gary Klausner, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

    Imaginal Systematic, LLC

recover of the defendant(s):

    Leggett & Platt, Inc. and Simmons Bedding Company

the sum of $5,000,000.00 (with $3,000,000.00 of the sum to be apportioned to Simmons Bedding Company), with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

                                                 Clerk, U. S. District Court

Dated: January 24, 2012                        By R. Neal
                                                 Deputy Clerk

At: Los Angeles, CA

cc: *Counsel of record*